1  Troy D. Monge, Esq.
   Law Offices of Martin Taller, APC
2  2300 E. Katella Ave, Suite 440
3  ANAHEIM, CALIFORNIA 92806
   TELEPHONE (714) 385-8100
4  FACSIMILE (714) 385-8123
5  troymonge@hotmail.com

6
   Attorney Bar #217035
7  Attorneys for John R. Snider

8

9              UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA

11 JOHN R. SNIDER,              ) No. 8:21-cv-1900-SK
12                              )
13      Plaintiff,               ) **ORDER AWARDING EQUAL**
                                ) **ACCESS TO JUSTICE ACT**
14      v.                       ) **ATTORNEY FEES AND COSTS**
15                              )
16 KILOLO KIJAKAZI, Acting      )
   Commissioner of Social Security, )
17                              )
18      Defendant.               )
                                )
19 
20      Based upon the parties' Stipulation for Award and Payment of Attorney
   Fees:
21
22      IT IS ORDERED that the Commissioner shall pay attorney fees and
23 expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in
24 the amount of FIVE THOUSAND NINE HUNDRED EIGHTY-TWO DOLLARS
   and EIGHTY-FOUR CENTS ($5,982.84), and costs under 28 U.S.C. § 1920, in the
25 / / /
26 / / /
27 / / /
28

                                   1

1 | amount of ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the
2 | above-referenced Stipulation.

Dated: April 18, 2023

_____
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE